JENNIE MACDONALD, Appellant, v. BERNHEIMER & SCHWARTZ PILSENER BREWING COMPANY, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, for errors in the ruling at folios 653 and 654. (See *Zimmer* v. *Third Avenue R. R. Co., No. 2*, 36 App. Div. 273.) Thomas, Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

CESIDIO PELLEGRINO, Respondent, v. CLARENCE L. SMITH COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event. Defendant was not shown to have been negligent. The foreman's statement to plaintiff, half an hour before the accident, that the face of the rock excavation was not dangerous, did not make defendant liable for such an error of judgment as was shown by the result. (*Mattson* v. *Phœnix Construction Co.*, 135 App. Div. 234; *Scott* v. *Delaware, Lackawanna & W. R. R. Co.*, 148 id. 697, 701; *Maguire* v. *Barrett*, 168 id. 836.) The foreman's alleged further remark that in case of danger he would warn plaintiff, followed by his giving no warning before the accident, indicated that the foreman remained of the same opinion. This was not a defect in "ways." (*Fresusk* v. *Pittsburg Contracting Co.*, 159 App. Div. 356.) A defendant who appoints an experienced and competent foreman does not thereby guarantee his judgment or that he will not make mistakes in judging of appearances in the course of an excavation. Jenks, P. J., Carr and Putnam, JJ., concurred; Mills and Rich, JJ., voted to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TORTORA and MORRIS HOFFMAN, Appellants.— Judgment of conviction of the Court of Special Sessions affirmed. (See *People* v. *Solomon*, 174 App. Div. 144.) Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

MARY AGNES SCHNEIDER, Respondent, v. WILLIAM C. SCHNEIDER, Appellant.— Order reversed, with leave to plaintiff to renew her motion upon additional affidavits corroborating the allegations of the complaint and tending to establish by competent proof that she has a fair prospect of success on the trial of the action. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

JOHN SELANDER, Respondent, v. ALEXANDER E. JOHNSON, Defendant, and CHARLES K. JOHANSEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

MARGARET TULLY, Respondent, v. JACOB MANNESCHMIDT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the complaint fails to state a cause of action, unless plaintiff serve an amended complaint within twenty days which shall allege facts showing a valid cause of action, which he is permitted to do upon payment of ten dollars costs. Thomas, Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

CHARLES WORTHINGTON, Respondent, v. FREDERIC DEP. HONE, Appellant, and Another.— Judgment and order affirmed, with costs. No opinion. Thomas, Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.